IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUEBEN MARTINEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 02 C 1905 |
| v. ) | |
| ) | Judge Gettleman |
| JO ANNE B. BARNHART, Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

AGREED MOTION FOR ENTRY OF JUDGMENT

Now comes the plaintiff, Rueben Martinez, by his attorneys, Robert C. Kielian and M. Jacqueline Walther, and moves that this Court enter judgment in this cause. In support of this motion, plaintiff states as follows:

1. This cause was before the court on plaintiff's complaint seeking judicial review of a decision of the defendant, the Commissioner of the Social Security Administration (SSA), denying plaintiff's application for Disability Insurance Benefits (DIB) and Supplemental Security Income (SSI) under the Social Security Act.

2. The parties, by their attorneys, entered into an agreement that the case should be remanded by the court under sentence six of 42 U.S.C. §405(g). An agreed motion for remand was filed on August 2, 2002. The court entered an order, on August 16, 2002, granting the agreed motion and remanding the case to SSA for further proceedings.

3. When a case is remanded under sentence six of 42 U.S.C. §405(g), the court retains jurisdiction of the cause. See Melkonyan v. Sullivan, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991).

4. In the proceedings on remand, an administrative law judge (ALJ) has issued a decision

finding that Mr. Martinez has been disabled since March 1, 2001. This onset date was amended from that originally alleged. [1]

5. Mr. Martinez did not file exceptions following the decision of the ALJ, and the time within which the Appeals Council could have reviewed the ALJ decision on its own motion has expired. The ALJ decision, therefore, is the final decision of SSA in this cause.

6. Mr. Martinez respectfully requests that this Court now issue judgment in his favor in this case, in order to conclude the case in the court system.

7. On January 18, 2007, counsel for plaintiff, M. Jacqueline Walther, had telephone conversations with counsel for defendant, Assistant United States Attorney Jack Donatelli and Assistant Regional Counsel for SSA, Edward Kristof. Messrs. Donatelli and Kristof stated that they did not object to this motion.

Wherefore, plaintiff requests that the Court enter judgment in his favor, noting the finding that he has been disabled since March 1, 2001.

Respectfully submitted,

/s/ M. Jacqueline Walther
One of plaintiff's attorneys

Robert C. Kielian
M. Jacqueline Walther
Kielian and Walther
33 West Jackson Blvd., Suite 201
Chicago, Illinois 60604
(312) 663-0842

---

[1] In the interests of Mr. Martinez's privacy and as court documents are now electronically filed, a copy of the ALJ decision is not being electronically filed. A copy of the ALJ decision has been submitted to Mr. Kristof, one of the attorneys for SSA, and a copy is attached to the paper copy of this motion being submitted to the judge.

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was served on January 19, 2007, in accordance with Fed. R. Civ. P. 5, Local R. 5.5, and the General Order on Electronic Case Filing pursuant to the court's electronic case filing (ECF) system as to ECF filers, by first class mail as to non-ECF filers, and that a paper copy was delivered to the Court.

/s/ M. Jacqueline Walther